UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH LYNCH,

     Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, JOSEPH LYNCH, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, FIRSTSOURCE ADVANTAGE, LLC, is a limited liability company and citizen of the State of New York with its principal place of business at 205 Bryant Woods South, Amherst, New York, 14228.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on his residential telephone or about the dates stated:

February 1, 2010
This message is for Joseph Lynch. Hi Joseph, this is Nina calling from Firstsource Advantage. Call toll-free at 866-276-8306 and refer to reference number 14735428. It—it is important you return my call. My office will be open until 10:00 PM Eastern time and have a great day.

February 3, 2010
This is a confidential and important message meant solely for Joseph Lynch. The law requires I notify you that my name's Nina and I am calling from Firstsource Advantage, a debt collection company. This is an attempt to

collect a debt and any information obtained will be used for that purpose. Call me toll-free at 866-276-8306 and refer to reference number 14735428. Joseph, it is important you return my call. My office will be open until 10:00 PM Eastern. Thanks, and have a great day. (Inaudible) Florida.

February 9, 2010
This is a confidential and important message meant solely for Joseph Lynch. The law requires I notify you that my name's Nina and I am calling from Firstsource Advantage, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Call me toll-free at 866-276-8306 and refer to reference number 14735428. Office will be open until 10:00 PM Eastern. Thanks, and have a great day.

March 4, 2010
This is a confidential and important message meant solely for Joseph Lynch. The law requires I notify you that my name's Nina and I am calling from Firstsource Advantage, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Call me toll-free today at 866-276-8306 and, uh, refer to reference number 14735428. Office will be open until 10:00 PM Eastern. Thanks, and have a great day.

March 18, 2010 – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

March 25, 2010 – Pre-Recorded Message
Is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office

3

toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

March 27, 2010 – Pre-Recorded Message
A confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

March 31, 2010 – Pre-Recorded Message
A confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 1, 2010 – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 6, 2010 – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today

at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 10, 2010 – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 14, 2010 at 5:02 PM – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 14, 2010 at 5:23 PM – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

April 16, 2010 – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office

toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 17, 2010 – Pre-Recorded Message

Is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 19, 2010 at 2:24 PM – Pre-Recorded Message

Is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

April 19, 2010 at 5:04 PM – Pre-Recorded Message

(Inaudible) This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

April 20, 2010 – Pre-Recorded Message

This—this—this—this—this. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained

will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

April 22, 2010 – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

April 26, 2010 – Pre-Recorded Message
Confiden—this is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

April 28, 2010 – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

May 1, 2010 – Pre-Recorded Message
Is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

<u>May 6, 2010 – Pre-Recorded Message</u>
This—this—this—this—this. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

<u>May 8, 2010 – Pre-Recorded Message</u>
A confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

<u>May 10, 2010 – Pre-Recorded Message</u>
--dential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

<u>May 11, 2010 at 1:44 PM – Pre-Recorded Message</u>
To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that telephone number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now, or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that telephone number is 800-430-7345. Thank you.

<u>May 11, 2010 at 7:08 PM – Pre-Recorded Message</u>

8

This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

May 12, 2010 – Pre-Recorded Message
Confiden—this is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

May 13, 2010 – Pre-Recorded Message
Message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

May 14, 2010 – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

May 17, 2010 – Pre-Recorded Message
Confiden—this is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By

9

continuing to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

May 18, 2010 at 11:00 AM – Pre-Recorded Message
We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

May 18, 2010 at 7:36 PM – Pre-Recorded Message
The confid—this is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

May 20, 2010 – Pre-Recorded Message
Confiden—this is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

May 21, 2010 at 10:04 AM – Pre-Recorded Message
Now or please return our call at your earliest convenience at 800-430-7. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC, calling for Joseph Lynch. We have an important message for you. To retrieve this important message,

10

please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

May 21, 2010 at 7:15 PM – Pre-Recorded Message
--dential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

May 21, 2010 at 7:52 PM – Pre-Recorded Message
Confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

May 24, 2010 at 5:18 PM – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

May 24, 2010 at 6:27 PM – Pre-Recorded Message
This—this—this—this—this. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now. Will you please return our call at your earliest convenience at 1-866-276-8306. Reference number 14735428. Again, that toll-free number is 1-866-276-8306 or visit us online at www.fsapay.com. Thank you.

11

<u>May 25, 2010 – Pre-Recorded Message</u>
Message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

<u>May 26, 2010 – Pre-Recorded Message</u>
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is a an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

<u>May 27, 2010 at 3:42 PM – Pre-Recorded Message</u>
Now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

<u>May 27, 2010 at 7:05 PM – Pre-Recorded Message</u>
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

<u>May 28, 2010 at 4:21 PM – Pre-Recorded Message</u>

Now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

May 28, 2010 at 5:49 PM – Pre-Recorded Message

A confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

May 28, 2010 at 6:52 PM – Pre-Recorded Message

This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

May 31, 2010 – Pre-Recorded Message

Now. Will you please return our call at your earliest convenience at 1-800-430-7345. Reference number 15636613. Again, that toll-free number is 1-800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now. Will you please return our call at your earliest convenience at 1-800-430-7345. Reference number 15636613. Again, that toll-free number is 1-800-430-7345. Thank you.

June 1, 2010 – Pre-Recorded Message

--sage. Please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-

free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 2, 2010 – Pre-Recorded Message
--fidential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

June 4, 2010 – Pre-Recorded Message
--fidential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

June 8, 2010 at 10:35 AM – Pre-Recorded Message
Please press the 1 key now or please return our call at your earliest convenience at 800-430-7345.  Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 8, 2010 at 4:42 PM – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource

14

Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. And refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

June 9, 2010 at 11:08 AM – Pre-Recorded Message

--portant message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345.  Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 9, 2010 at 11:39 AM – Pre-Recorded Message

1 key now or please return our call at your earliest convenience at 866-276-8306.  Reference number 14735428. Again, that toll-free number is 866-276-8306. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 866-276-8306. Reference number 14735428. Again, that toll-free number is 866-276-8306. Thank you.

June 11, 2010 – Pre-Recorded Message

--fidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you acknowledge you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-276-8306 and refer to reference number 14735428 or visit us online at www.fsapay.com. Goodbye.

June 14, 2010 – Pre-Recorded Message

This—this—this—this—this. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection

company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

June 16, 2010 at 12:29 PM – Pre-Recorded Message
Message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345.  Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 16, 2010 at 6:07 PM – Pre-Recorded Message
--fidential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345 and refer to reference number 15636613 or visit us online at www.fsapay.com. Thank you.

June 18, 2010 – Pre-Recorded Message
--fidential. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

June 21, 2010 – Pre-Recorded Message
This—this—this—this. This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an

attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

June 24, 2010 – Pre-Recorded Message
Will you please return our call at your earliest convenience at 1-800-430-7345. Reference number, 15636613. Again, that toll-free number is 1-800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now. Will you please return our call at your earliest convenience at 1-800-430-7345. Reference number 15636613. Again, that toll-free number is 1-800-430-7345. Thank you.

June 25, 2010 at 9:45 AM – Pre-Recorded Message
To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 25, 2010 at 4:56 PM – Pre-Recorded Message
Please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 28, 2010 at 5:15 PM – Pre-Recorded Message
This is a confidential and important message meant solely for Joseph Lynch. If you are not Joseph Lynch, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Joseph Lynch. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 866-697-4096. Thank you.

June 28, 2010 at 5:30 PM – Pre-Recorded Message
Message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

June 30, 2010 at 2:16 PM – Pre-Recorded Message
The 1 key now, or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you. This is Firstsource Advantage, LLC calling for Joseph Lynch. We have an important message for you. To retrieve this important message, please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Reference number 15636613. Again, that toll-free number is 800-430-7345. Thank you.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages.

14.     Defendant knew it was required to communicate its status as a debt

collector and the purpose of its call in telephone messages to Plaintiff.

**COUNT I**
**FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR**

15.     Plaintiff incorporates Paragraphs 1 through 14.

16.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17.     Plaintiff incorporates Paragraphs 1 through 14.

18.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008);

Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982);

and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

**COUNT III**
**TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING**

19. Plaintiff incorporates Paragraphs 1 through 14.

20. Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See Sanchez v. Client Servs., 520 F. Supp. 2d 1149, 1160-1161 (N.D.

Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

**COUNT IV**
**ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE**
**FLORIDA CONSUMER COLLECTION PRACTICES ACT**

21.     Plaintiff incorporates Paragraphs 1 through 14.

22.     Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit;

      c.     declaring that Defendant's practices violate the FCCPA;

      d.     permanently injoining Defendant from engaging in the complained of practices; and

      e.     Such other or further relief as the Court deems proper.

### COUNT V
### HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23.     Plaintiff incorporates Paragraphs 1 through 14.

24.     By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit;

c.     declaring that Defendant's practices violate the FCCPA;

d.     permanently injoining Defendant from engaging in the complained of practices; and

e.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658